# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------X

ANTHONY SHAFFER

                                              Case No. 1:20-cv-02492 (CRC)

        Plaintiffs,

   v.

MARK ZAID, *et al.*

        Defendants.

---------------------------------------------------------------------X

## NOTICE OF WITHDRAWL

Notice is hereby given that effective May 31, 2021, I will withdraw my appearance in the above captioned proceeding. All mail and service lists should be amended to delete my name after that date. Timothy Parlatore and Parlatore Law Group, LLP will remain as counsel for Anthony Shaffer.

                                              ANTHONY SHAFFER
                                              By Counsel

                                              Parlatore Law Group, LLP

                                              ____/s/ *Megan Frank*_____
                                              Timothy Parlatore # NY0332
                                              Megan Frank #TX0181
                                              2626 Cole Ave. Suite 300
                                              Dallas, Texas 75204
                                              Telephone: (214) 572-8005
                                                Timothy.parlatore@parlatorelawgroup.com
                                              Megan.frank@parlatorelawgroup.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was filed and served electronically, on this 1st day of June 2021, to:

Dennis J. Quinn, Esquire
Yasmin Bagha, Esquire  Carr Maloney, P.C.
2020 K Street NW, Suite 850
Washington, D.C. 20006
Tel: (202) 310-5500
Fax: (202) 310-5555
Dennis.quinn@carrmaloney.com
Yasmin.bagha@carrmaloney.com

                                                  */s/ Megan Frank*_____
                                                  Megan Frank