**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANTHONY SHAFFER | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:20-cv-02492 (CRC) |
| | : | |
| MARK ZAID, *et al.* | : | |
| | : | |
| Defendants. | : | |

**<u>NOTICE OF DEFENDANT MARK S. ZAID</u>**

Defendant Mark Zaid, through counsel, and pursuant to this Court's Order entered on July 2, 2021, states that he is a resident and citizen of the state of Maryland, and as such, does not dispute the diversity jurisdiction of this Court.

Respectfully submitted,

MARK ZAID and MARK S. ZAID, P.C.
By Counsel

CARR MALONEY P.C.


/s/ *Dennis J. Quinn*
Dennis J. Quinn #455793
Yasmin Bagha #1602520
2020 K Street NW, Suite 850
Washington, D.C. 20006
Tel: (202) 310-5500
Fax: (202) 310-5555
Dennis.quinn@carrmaloney.com
Yasmin.bagha@carrmaloney.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6ᵗʰ day of July, 2021, a copy of the foregoing was electronically filed using the Court's CM/ECF and thereby served on counsel of record:

> Timothy C. Parlatore, Esq.
> Parlatore Law Group, LLP
> One World Trade Center, Suite 8500
> New York, NY 10007
> Timothy.parlatore@parlatorelawgroup.com
> *Attorney for Plaintiff*

*/s/ Dennis J. Quinn*
Dennis J. Quinn
